No. 72–1262.  STANLEY WORKS v. FEDERAL TRADE COMMISSION.  C. A. 2d Cir.  Certiorari denied.

No. 72–1266.  SEUSS v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 72–1270.  CUNDY v. SOUTH DAKOTA.  Sup. Ct. S. D.  Certiorari denied.

No. 72–1290.  BUFALINO v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 3d Cir.  Certiorari denied.

No. 72–1293.  SELB MANUFACTURING Co. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 72–1324.  GOODING v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–1354.  GRACI ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–1363.  MONROE AUTO EQUIPMENT Co., HARTWELL DIVISION v. NATIONAL LABOR RELATIONS BOARD.  C. A. 5th Cir.  Certiorari denied.

No. 72–1381.  UNITED STATES v. TINNEY.  C. A. 3d Cir.  Certiorari denied.

No. 72–1384.  DUMON v. KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 72–1397.  LOPEZ v. WASHINGTON, MAYOR OF WASHINGTON, D. C., ET AL.  C. A. D. C. Cir.  Certiorari denied.